RECEIPT NUMBER
510501

ORIGINAL

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

**04-60135**

PAULETTE JACKSON,

    Plaintiff,

vs.

McKESSON CORPORATION,
a Delaware Corporation,

    Defendant.

Case No.
Hon.

JUDGE MARIANNE O. BATTANI

MAGISTRATE JUDGE R. STEVEN WHALEN

---

William A. Roy (P24123)
Attorney for Plaintiff
36700 Woodward Ave. Ste 205
Bloomfield Hills, MI 48304-0930
(248) 540-7660

---

## COMPLAINT AND JURY DEMAND

NOW COMES Plaintiff, represented by ROY, SHECTER & VOCHT, P.C., and complains to this court as follows:

### JURISDICTIONAL ALLEGATIONS

1.     Plaintiff, Paulette Jackson ("Jackson"), resides in the City of Highland Park, Michigan and is a citizen of the State of Michigan.

2.     Defendant, McKesson Corporation, is a Delaware corporation, and is a citizen of the State of Delaware.

3. Defendant does business in the City of Detroit, Wayne County Michigan. All events transactions and occurrences complained of in this complaint occurred in Wayne County Michigan.

4. The amount in controversy exceeds $75,000, including costs, interest and attorney fees.

5. Jurisdiction is vested in this Court pursuant to 28 U.S.C. § 1331, 42 U.S.C. § 2000e and 28 U.S.C. § 1332.

6. Jackson filed a charge of discrimination with the Equal Employment Opportunity Commission on or about November 20, 2003, claiming that she was discriminated against based on race and age in Violation of Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e ("Title VII").

7. The Equal Employment Opportunity Commission issued plaintiff a Notice of Right to Sue on June 8, 2004 (Exhibit A).

8. Jackson has filed this lawsuit within 90 days of the date she received the Notice of Right to Sue.

9. All conditions precedent to the institution of this lawsuit have been fulfilled.

## COMMON ALLEGATIONS

10. Plaintiff is an African American female, 53 years of age.

11. Plaintiff was employed by Defendant from April 27, 1987 to November 10, 2003.

12. Plaintiff's job title was computer operator.

13. On November 10, 2003 plaintiff was terminated from her employment with defendant.

14. The reason given for plaintiff's termination was an error made by plaintiff.

15. Caucasian employees and younger employees who made similar or more grievous errors were not terminated.

16. Plaintiff was replaced in her position by a younger Caucasian male, who had been removed from the computer group for making too many errors.

17. The reason given for plaintiff's termination was false and a pretext for discrimination.

18. Plaintiff's employment was wrongfully terminated in violation of Title VII.

14. As a result of her termination, Plaintiff was damaged and suffered the loss of salary, benefits, employment opportunity, career status, humiliation, embarrassment, and extreme and accurate emotional distress and mental anguish.

15. Plaintiff filed an administrative complaint with the Equal Employment Opportunity Commission, file No:230-2004-00444.

## COUNT I

## RACE AND AGE DISCRIMINATION

19. Jackson realleges the Common Allegations and Jurisdictional Allegations as if set forth in full.

20. Jackson was terminated in material part because of her race and age.

21. Defendant provided employment opportunities to Caucasian and younger employees which were not given to African-Americans and older employees.

22. The actions of defendant, as described more fully above, discriminate against African-American employees and older employees, including Jackson, on the basis of race and age.

23. The actions of defendant, as described more fully above, violate Title VII.

24. As a result of defendant's discrimination on the basis of race, Jackson has been damaged, in that she has lost salary, benefits, employment opportunity, past, present and future, the prestige which comes with promotions, and career development and opportunity, as well as suffering that emotional distress which is the expected result of being the victim of discrimination.

## RELIEF REQUESTED

Plaintiff requests judgment in an amount which will fully compensate her for her damages, along with costs and attorney fees sustained and whatever equitable relief the Court deems appropriate.

## JURY DEMAND

Plaintiff demands a trial by jury.

ROY, SHECTER & VOCHT, P.C.

William A. Roy
Attorney for Plaintiff

Dated: July 14, 2004

EEOC Form 161-B (10/96)     U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

## NOTICE OF RIGHT TO SUE (ISSUED ON REQUEST)

To: Paulette Jackson  
13855 Brush Street  
Highland Park, MI 48203

From: U.S. Equal Employment Opportunity Commission  
477 Michigan Avenue  
Room 865  
Detroit, MI 48226

[ ]   *On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR § 1601.7(a))*

| Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 230-2004-00444 | Frances Angiano, Federal Investigator | (313) 226-6806 |

*(See also the additional information attached to this form.)*

### NOTICE TO THE PERSON AGGRIEVED:

**Title VII of the Civil Rights Act of 1964 and/or the Americans with Disabilities Act (ADA):** This is your Notice of Right to Sue, issued under Title VII and/or the ADA based on the above-numbered charge. It has been issued at your request. Your lawsuit under Title VII or the ADA must be filed in federal or state court **WITHIN 90 DAYS** of your receipt of this Notice. Otherwise, your right to sue based on this charge will be lost. (The time limit for filing suit based on a state claim may be different.)

[X]   More than 180 days have passed since the filing of this charge.

[ ]   Less than 180 days have passed since the filing of this charge, but I have determined that it is unlikely that the EEOC will be able to complete its administrative processing within 180 days from the filing of the charge.

[X]   The EEOC is terminating its processing of this charge.

[ ]   The EEOC will continue to process this charge.

**Age Discrimination in Employment Act (ADEA):** You may sue under the ADEA at any time from 60 days after the charge was filed until 90 days after you receive notice that we have completed action on the charge. In this regard, the paragraph marked below applies to your case:

[X]   The EEOC is closing your case. Therefore, your lawsuit under the ADEA must be filed in federal or state court **WITHIN 90 DAYS** of your receipt of this Notice. Otherwise, your right to sue based on the above-numbered charge will be lost.

[ ]   The EEOC is continuing its handling of your ADEA case. However, if 60 days have passed since the filing of your charge, you may file suit in federal or state court under the ADEA at this time.

**Equal Pay Act (EPA):** You already have the right to sue under the EPA (filing an EEOC charge is not required.) EPA suits must be brought in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that backpay due for any violations that occurred <u>more than 2 years (3 years)</u> before you file suit may not be collectible.

If you file suit based on this charge, please send a copy of your court complaint to this office.

On behalf of the Commission

_____      6-8-04  
James R. Neely, Jr., District Director     *(Date Mailed)*

Enclosure(s)

cc:   Respondent

| JS 44 11/99 | **CIVIL COVER SHEET** COUNTY IN WHICH THIS ACTION AROSE: Wayne |
|---|---|

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for use of the Clerk of Court for the purpose of initiating the civil docket sheet.

**I. (a) PLAINTIFFS**
Paulette Jackson

**DEFENDANTS**
McKesson Corporation, a Delaware Corporation

**04-60135**

(b) County of Residence of First Listed: Wayne 26163

County of Residence of First Listed: _____
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

(C) Attorney's (Firm Name, Address, and Telephone Number)
Roy, Shecter & Vocht, P.C., William A. Roy (P24123)
36700 Woodward Ave. Ste. 205
Bloomfield Hills, MI 48304   (248)540-7660

Attorneys (If Known)
JUDGE MARIANNE O. BATTANI
MAGISTRATE JUDGE R. STEVEN WHALEN

**II. BASIS OF JURISDICTION** (Place an "X" in One Box Only)
- [ ] 1 U.S. Government Plaintiff
- [X] 3 Federal Question (U.S. Government Not a Party)
- [ ] 2 U.S. Government Defendant
- [ ] 4 Diversity (Indicate Citizenship of Parties in Item 111)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (Place an "X" in One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

| | PLA | DEF | | PLA | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [X] 1 | [ ] 1 | Incorporated or Principal Place of Business In This State | [ ] 4 | [ ] 4 |
| Citizen of Another State | [ ] 2 | [ ] 2 | Incorporated and Principal of Business In Another State | [ ] 5 | [X] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

**IV. NATURE OF SUIT** (Place an "X" in One Box Only)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 620 Other Food & Drug | | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 625 Drug Related Seizure of Property 21: 881 | ☐ 423 Withdrawal 28 USC 157 | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | | | | ☐ 450 Commerce/ICC |
| ☐ 150 Recovery of Overpayment and Enforcement of Judgment | **PERSONAL INJURY** ☐ 362 Personal Injury-Med. Malpractice ☐ 365 Personal Injry - Product Liablity | ☐ 630 Liquor Laws | | ☐ 460 Deportation |
| | ☐ 320 Assault Libel And Slander ☐ 368 Asbestos Personal Injury Product Liability | ☐ 640 R.R. & Truck | **PROPERTY RIGHTS** | ☐ 470 Racketeer Influenced & Corrupt Organizations |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' Liability | ☐ 650 Airline Regs. | ☐ 820 Copyrights | ☐ 810 Selective Service |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 340 Marine | ☐ 660 Occupational Safety/Health | ☐ 830 Patent | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 345 Marine Product Liability | **PERSONAL PROPERTY** ☐ 370 Other Fraud ☐ 371 Truth in Lending | ☐ 840 Trademark | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 160 Stockholders' Suits | ☐ 350 Motor Vehicle | ☐ 380 Other Personal Property Damage | **LABOR** | ☐ 891 Agricultural Acts |
| ☐ 190 Other Contract | ☐ 355 Motor Vehicle Product Liability | ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | **SOCIAL SECURITY** |
| ☐ 195 Contract Product Liability | ☐ 360 Other Personal Injury | | ☐ 720 Labor/Mgmt. Relations | ☐ 861 HIA (1395ff) ☐ 862 Black Lung (923) ☐ 863 DIWC/DIWW (405(g)) ☐ 864 SSID Title XVI ☐ 865 RSI (405(g)) |
| | | | | ☐ 892 Economic Stabilization Act ☐ 893 Environmental Matters ☐ 894 Energy Allocation Act ☐ 895 Freedom of Information Act |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | | |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence Habeas Corpus: | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act | |
| ☐ 220 Foreclosure | [X] 442 Employment | | ☐ 740 Railway Labor Act | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations | ☐ 530 General ☐ 535 Death Penalty | **FEDERAL TAX SUITS** | |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 540 Mandamus & Other | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 950 Constitutionality of State Statutes |
| ☐ 245 Tort Product Liability | ☐ 440 Other Civil Rights | ☐ 550 Civil Rights | ☐ 790 Other Labor Litigation | |
| ☐ 290 All Other Real Property | | ☐ 555 Prison Condition | ☐ 791 Empl. Ret. Inc. Security Act | ☐ 890 Other Statutory Actions |
| | | | ☐ 871 IRS-Third Party 26 USC 7609 | |

**V. ORIGIN** (PLACE AN "X" IN ONE BOX ONLY)
- [X] 1 Original Proceeding
- [ ] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 (specify) Transferred from another district
- [ ] 6 Multi district Litigation
- [ ] 7 Appeal to District Judge from Magistrate

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write brief statement of cause. Do not cite jurisdictional statutes unless diversity.)
42 U.S.C.A. 2000e. Plaintiff was wrongfully terminated from employment with Defendant because of her race and age.

**VII. REQUESTED IN COMPLAINT:**
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
$DEMAND $250,000.00
CHECK YES only if demanded in complaint:
JURY DEMAND: [X] Yes [ ] No

**VIII. RELATED CASE(S) IF ANY** (See instructions):
JUDGE _____  DOCKET NUMBER _____

DATE: 7-14-04
SIGNATURE OF ATTORNEY OF RECORD: [signature]

1. Is this a case that has been previously discontinued or dismissed? ☐ YES ☒ NO

   If yes, give the following information:

   Court: _____

   Case No.: _____

   Judge: _____

2. Other than stated above, are there any pending or previously discontinued or dismissed companion cases in this or any other court, including state court? (Companion cases are matters in which it appears substantially similar evidence will be offered or the same or related parties are present and the cases arise out of the same transaction or occurrence.) ☐ YES ☒ NO

   If yes, give the following information:

   Court: _____

   Case No.: _____

   Judge: _____

Notes: